IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDDIE CRIPPEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:20-cv-00561 |
| ) | |
| MAWELL JOK, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| Defendant. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 46), which was filed on October 04, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion for summary judgment (Doc. No. 32) be denied and that Plaintiff's Eighth Amendment claim of excessive force against Defendant be set for a jury trial. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion for summary judgment (Doc. No. 32) is **DENIED**. The Court will set a trial date by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE